# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WACERA KAMAWE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  CV-08-1589-S |
| | ) |
| MIDLAND CREDIT | ) |
| MANAGEMENT, INC.; | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S MOTION TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Midland Credit Management, Inc. respectfully moves for an extension of time, until February 13, 2009, to file its reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss. Midland represents that good cause exists for the extension of time because counsel for Midland who is responsible for preparing the reply has fallen ill and will be unable to finalize the reply by the deadline.  The plaintiff has consented to the requested extension of time to reply.

WHEREFORE, PREMISES CONSIDERED, Midland Credit Management, Inc. respectfully requests this Court grant an extension of time until February 13,

2009, to answer or otherwise respond to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss in this matter.

                                                s/ A. Kelly Brennan
                                                One of the Attorneys for Defendant
                                                Midland Credit Management, Inc.

**OF COUNSEL:**

A. Kelly Brennan
kbrennan@balch.com
Jason B. Tompkins
jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798

## CERTIFICATE OF SERVICE

      I herby certify that on this 9th day of February, 2009, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to all counsel of record listed below:

John G. Watts
Watts Law Group, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama 35233
john@wattslawgroup.com

M. Stan Herring
M. Stan Herring, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama 35233
msh@mstanherringlaw.com

W. Whitney Seals
Pate & Cochrun, LLP
PO Box 10448
Birmingham, AL 35202-0448
205-323-3900
Fax: 205-323-3906
filings@plc-law.com

L. Jackson Young
Ferguson, Frost & Dodson, L.L.P.
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com

Erin L. Dickinson
Jones Day
901 Lakeside Ave E
Cleveland, Ohio 44114
eldickinson@jonesday.com

                                        /s/ A. Kelly Brennan
                                        Of Counsel