# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WACERA KAMAWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:08-cv-01589-SLB |
| ) | |
| MIDLAND CREDIT ) | |
| MANAGEMENT, INC.; EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST MIDLAND CREDIT MANAGEMENT, INC.

Comes now Wacera Kamawe and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Midland Credit Management, Inc. as follows:

1. Wacera Kamawe and Defendant Midland Credit Management, Inc. have resolved their differences and desire that the claims against Defendant Midland Credit Management, Inc. be dismissed with prejudice, costs taxed as paid.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court to grant this Motion by dismissing the Defendant Midland Credit Management, Inc. from the case.

                Respectfully Submitted,

                **/s/ M. Stan Herring**
                **M. Stan Herring**
                **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

                **/s/ John G. Watts**
                **John G. Watts**
                **Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd Day of March, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system and served on all counsel of record.

                /s/ M. Stan Herring
                OF COUNSEL